**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AT&T COMMUNICATIONS OF THE MIDWEST, INC., an Iowa Corporation | Case No. 06 CV 3786 (MJD/SRN) |
| and | |
| TCG MINNESOTA, INC. a Delaware corporation, | **ORDER** |
| Plaintiffs, | |
| v. | |
| QWEST CORPORATION, a Colorado corporation, | |
| Defendant. | |

    IT IS HEREBY ORDERED, pursuant to the parties' October 11, 2006 Stipulation for Extension of Briefing Schedule, Doc. No. _8_, that:

    1.    Plaintiffs shall file their opposition brief to Defendant's Motion to Dismiss by **12:00 p.m. on October 31, 2006**.

    2.    Defendant shall file any reply brief in support of its Motion to Dismiss by **12:00 p.m. on November 9, 2006**.

    BY THE COURT:

Dated: October 20, 2006        s / Michael J. Davis
                                            Honorable Michael J. Davis
                                            United States District Court